United States Courts
Southern District of Texas
FILED

NOV 08 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § § § § | CRIMINAL NO. |
| JUWAN JAMES DAVIS | § § | **18 CR 660** |

**CRIMINAL INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**(Sex Trafficking)**

From on or about January 25, 2018, through February 20, 2018, in the Southern District of Texas and elsewhere, the defendant,

**JUWAN JAMES DAVIS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means a person, namely a minor female known as Minor Victim 1, who was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Minor Victim 1 knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Minor Victim 1 to engage in a commercial sex act, and that (2) Minor Victim 1, whom defendant had a reasonable opportunity to observe, had not attained the age of 14 years and would be caused to engage in a

commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1), (c) and 2.**

## COUNT TWO
### (Sex Trafficking)

From on or about February 1, 2018, through March 1, 2018, in the Southern District of Texas and elsewhere, the defendant,

**JUWAN JAMES DAVIS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit by any means a person, namely Victim 2, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, advertising, patronizing and soliciting by any means Victim 2 knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act;

**In violation of Title 18, United States Code, Sections 1591(a), (b)(1) and 2.**

## COUNT THREE
### (Possession of a Firearm and Ammunition – Crime Punishable by More Than a Year)

On or about April 5, 2018, in the Southern District of Texas, the defendant,

**JUWAN JAMES DAVIS,**

2

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, namely:

1. A Bryco Arms, model Bryco 38, .380-cailber pistol;
2. .380-caliber ammunition.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## NOTICE OF FORFEITURE
(18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendant,

**JUWAN JAMES DAVIS,**

that in the event of conviction of any of the offenses charged in Counts One and Two of this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

## NOTICE OF FORFEITURE
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the United States of America hereby gives notice to defendant,

## JUWAN JAMES DAVIS,

that in the event of conviction of the offense charged in Count Three of this Indictment, all firearms and ammunition involved in or used in the commission of the offense are subject to forfeiture.

### PROPERTY SUBJECT TO FORFEITURE

The property subject to forfeiture includes, but is not limited to, the following:

1. A Bryco Arms, model Bryco 38, .380-cailber pistol, and
2. Approximately three rounds of .380-caliber ammunition

### MONEY JUDGMENT; SUBSTITUTE ASSETS

Defendant is notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture. Defendant is notified in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A True Bill:

ORIGINAL SIGNATURE ON FILE

Grand Jury Foreperson

RYAN K. PATRICK
United States Attorney

By: *[signature]*
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465

4