Case 4:18-cr-00660 Document 45 Filed on 07/01/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                           Cr.No. H-18-660

JUWAN JAMES DAVIS

ORDER

Mr. Davis motion for relocation is DENIED. ~~is GRANTED. The Court Recommends to the Marshal Service that Mr. Davis be relocated to Fort Bend County Jail in Fort Bend County, Texas during the pendency of this matter.~~

JUL 0 1 2021

SIGNED AT Houston, Texas on the ____ day of _____, 20___